**GALATEA DeLAPP  #181581**
Attorney at Law
4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
PHONE (559) 803-0471
FAX (559) 961-4488

ATTORNEY FOR   **LUCAS ROSALES ROSAS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUCAS ROSALES ROSAS, ) <br> ) <br> Defendant. ) <br> _____ ) | 1:09-cr-00340-OWW <br><br> STIPULATION TO RESET SENTENCING <br> DATE AND ORDER THEREON <br> Date: June 1, 2010 <br> Time: 9:00 a.m. <br> Dept : Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the current sentencing date in the above captioned matter now scheduled for **June 21, 2010  may be reset for the earlier date of June 1, 2010 at 9:00 a.m.**

The resetting is sought due to anticipated time out issues,  the availability of counsel, and is consistent with the Court's recommendation at the plea hearing to reset the matter as soon as a mutually agreeable probation report was finalized.

                                                          Lawrence G. Brown
                                                          United States Attorney

DATED: May 27, 2010              By    /s/ Karen Escobar
                                                          KAREN ESCOBAR
                                                          Assistant United States Attorney
                                                          Attorney for Plaintiff

1

2  DATED: May 27, 2010                    /s/ Galatea DeLapp
                                          ***GALATEA  DeLAPP***  Attorney for
3                                         ***LUCAS ROSALES ROSAS***

4                          IT IS SO ORDERED.

5  **Dated:   May 27, 2010**              /s/ **Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2